# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL SCHAEFER,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHEN HUNDLEY, *et al.*,<br><br>        Defendants. | 2:15-cv-02017-RFB-VCF<br>**ORDER** |

Before the Court are the following motions:

1. Motion to Strike Amended Complaint (ECF No. 27),

2. Ex Parte Motion for Entry of Default (ECF No. 29),

3. Motion to Strike (ECF No. 31),

4. First Motion to Extend Time (ECF No. 32),

5. Motion for Concluding Order or in the Alternative a Hearing (ECF No. 36),

6. Motion to Strike Counterclaim (ECF No. 41),

Accordingly,

IT IS HEREBY ORDERED that the hearing on the above mentioned motions scheduled for 11:00 AM, September 11, 2017 is VACATED.

DATED this 28th day of August, 2017.

                                                                           CAM FERENBACH<br>
                                                                           UNITED STATES MAGISTRATE JUDGE