# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

J. MICHAEL SCHAEFER,

          Plaintiff,

vs.

STEPHEN HUNDLEY,

          Defendant.

2:15-cv-02017-RFB-VCF

**ORDER TO SHOW CAUSE**

Before the Court are the following motions:

1. Motion for Entry of Clerks Default (ECF No. 49),

2. Motion to Strike (ECF No. 50),

3. Motion to Extend Time (ECF No. 53, 56).

The Court held a hearing on July 2, 2018 and heard representations from Mr. Hundley. Mr. Schaefer failed to appear.

Pursuant to Local Rule IA 11-8, "[t]he Court may, after notice and an opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

Here, Mr. Schaefer has failed to comply with Court Order ECF No. 60.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Entry of Clerk's Default (ECF No. 49, Motion to Strike (ECF No. 50), and Motion to Extend Time (ECF No. 56), are DENIED.

IT IS FURTHER ORDERED that the Motion to Extend Time (ECF No. 53) is DENIED as MOOT.

IT IS FURTHER ORDERED that a show cause hearing is scheduled for 11:00 AM, July 23, 2018, in Courtroom 3D, on the third floor, at the U.S. District Court, District of Nevada, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Mr. Schaefer must file a response on or before July 16, 2018, showing cause why sanctions should not be imposed against him for failing to comply with Court Order ECF No. 60. No reply needed.

Mr. Hundley may appear by telephone. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

The Clerk of Court is directed to mail a copy of this Order to the parties.

DATED this 2nd day of July, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE