J. MICHAEL SCHAEFER
4494 Mentone St. #12
San Diego, Ca. 92101
Cell 213 479 6006    E: oz.blueman@yahoo.com
Plaintiff Pro Se

```
┌─ FILED      ─ RECEIVED
├─ ENTERED    ─ SERVED ON
│    COUNSEL/PARTIES OF RECORD
│
│      JUL 18 2018
│
│   CLERK US DISTRICT COURT
│       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

J. MICHAEL SCHAEFER, Plaintiff                No. 2:15-cv-02017-RFB-VCF
v.
STEPHEN HUNDLEY, Defendant                APPLICATION FOR TARDY FILING

COMES NOW Plaintiff J. Michael Schaefer representing to this Honorable Court as follows:

1.  He was required by Magistrate's Order to file response to an OSC by July 16, 2018, as to Hearing set for July 23, 2018.

2.  He has received the Magistrate's recent DISCOVERY ORDER and will comply therein, he has already sought to "meet and confer" as to adverse party Mr. Hundley, by email and phone, no response.

3.  Plaintiff requests LEAVE for delayed/tardy filing of the RESPONSE TO O.S.C that was due to be filed by July 16, 2018, and which is fact is being filed here and now on July 18, 2018.

4.  Plaintiff has been burdened with unexpected medical problems, holds a handicapped placard for his automobile use, is under care of three physicians and two chiropractors for serious lower-back pain, all documented in Response being filed concurrently herein.

5.  This is plaintiff's first noncompliance with the Court in this case, other than his failure to Meet and Confer as to Discovery; the Court has taken note and issued appropriate Discovery Order notwithstanding failure of parties to comply with local rules. Plaintiff has not practiced law since 2001 but knows there are special rules applicable to US Courts, and has a published case in Schaefer v. Townsend, Registrar of Voters, USCA9, 2000, 215 F3d 1031, thus has no excuse for not complying other than physical distractions for which he submits to the judgment of this Court.

Date: July 17, 2018                Respectfully, _____
                                   J. MICHAEL SCHAEFER, Plaintiff Pro Se

CERTIFICATE OF SERVICE:
Copy of pleading served by US Mail this date upon adverse party, addressed:
Stephen Hundley, 3685 Stewart Mountain Rd., Golden Valley, AZ 86413
7/17/18 _____