J. Michael Schaefer
4494 Mentone St. #12
San Diego, Ca. 92107
Tel. 213 479 6006
oz.blueman@yahoo.com
Defendant Pro Per



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# IN THE UNITED STATES DISTRCT COURT
# DISTRICT OF NEVADA

J.MICHAEL SCHAEFER,  Plaintiff

v.

STEPHEN HUNDLEY,  Defendant

.No. 2:15-cv-02017-RFB-VCF

**PLAINTIFF DELAYED RESPONSE TO MAGISTRATE'S ORDER TO SHOW CAUSE**

COMES NOW Platnff J. Michael n delays response to Magistrate's OSC.

<u>DECLARATION</u>

J. Michael Schaefer declares under penalty of perjury the following to be true of his personal knowledge, he being competent to so testfy if called upon:

1. That he is age 80, born 3/25/38, and on 6/1/17 moved from his Las Vegas Sun City home to his hometown San Diego where he is closer to family, longtime friends, a community where he served as assistant city prosecutor and twice elected City Council member 1965-71.

2. That the Magistrate had notice Hearing for parties for July 2, 2018, and that Mr. Schaefer, having never appeared before the Magistrate,

*1*

inadvertently appeared at appointed time and building at 1:00pm, but outside Chambers of the assigned District Judge.  He asked a passing Clerk in the hall why door was locked, at 1pm, when a hearing was set, and after said Clerk inquired of Chambers,  said Clark said he told them someone was outside for a hearing and was advised to inform ME that the hearing is at 2pm.    It did not dawn on declarant plaintiff that the hearing could be in the Magistrate's chambers(where the Magistrate and Mr. Hundley were waiting in disappointment).   Declarant learned of his serious error about 1:35, immediately went to Magistrate Chambers, was informed by the courteous and patient Clerk that Mr. Hundley had left and an OSC was being issued for reappearance.

3.  That Declarant forthwith, upon learning that Magistrate's clerk would inform the Court if declarant and Mr. Hundley could return and appear before 2:30pm, when said clerk was leaving for the day;  Mr. Schaefer promptly sent TEXT message to adverse party Mr. Hundley, about 1:45pm, urging him to return promptly for appearance and offering $100.00 for the inconvenience,  declarant feeling that within 30 minutes  of leaving the Court, Mr. Hundley  would be in Las Vegas. He received no response.

(text copy attached)

2

4. Mr. Schaefer  the had fallen on a  local Ocean Beach street one evening in June, and recovered loss of feeling in his hands and knee pain, but about July 10 he developed <u>serious lower-back pain</u>, making it difficult for him to stand up from sitting position without boost from a caregiver in his residence or with use of ancillary furniture, he is under an $2999 extended care program <u>with Dr. Ryan Hummell and Dr. Vince Bertolini of  Element Wellness Center </u>in Pt. Loma, near his home in Ocean Beach, doctor's office 619-523-1544 with 3 sessions 745am weekly; he is able to walk unassisted but only with back pain.  The Court is invited to confirm the foregoing. Mr. Schaefer is fine while driving, or when working at his home computer.

5. Declarant apologizes for his failure to have a meet and confer sessions with Mr. Hundley, relations with adverse party have been strained if not hostil but Mr. Schaefer with 38 years practice of civil law in Nevada and California is always receptive and professional in relations with counsel or unrepresented parties.

6. He is advised that the Court has set a July appearance for hearing on the Order to Show Cause, for July 23 in Courtroom 3.  And that Mr. Schaefer was ordered to filed THIS RESPONSE by July 16, 2018, and failed to do so.  Mr. Schaefer has a small claims hearing in Las Vegas Justice court July 18 at 1pm, is flying to Las Vegas that morning and plans to physically file THIS PLEADING before noon said date rather than risk

3

the uncertainties of US Mail, having periodically had mailings chewed-up by postal equipment and delayed, weeks, sometimes longer, a payment to a Los Angeles vendor this month was delivered with check mangled, torn, having to be replaced(Mr. Schaefer then simply deposited funds in vendor bank). Application for two day's delay in performance being filed concurrently.

7. Mr. Schaefer has elevated chlosterol for which he takes Lovestation, and Type 2 diabetes for which he takes Metforum and Pioglitazone(Actos generic), and 4mm of Insuline twice a day, having diabetes family history, being under care of internist Loring Jacobs, MD and endichronologist Brian Berelowitz, MD both of Las Vegas, and Bhupinder S. Khehar, MD, internist of San Diego, Ca. and asks this Court to:

(a)permit the July 23rd appearance telephonically;

(b)alternatively, permit Mr. Schaefer to submit on this pleading to the judgment of this Court.

8. Mr. Schaefer has no office other than corner of his bedroom, he has piles of pleadings from a lifetime of managing substantial family interests in California, Nevada, Arizona, Oklahome, Texas and Maryland, and when he moves one pile of papers on top of other, often misplaces documents; he is in process of using more files, plastic drawyers, pin to wall, to organize. He apologizes for inconvenience to the Court, the Clerk and Mr. Hundley by his inadvertence and failure to recognize his July 2nd hearing was not before the only Courtroom he has in past been summoned to appear in, has 100%.

4

EXECUTED 7/17/18 at San Diego, CA.

California _____.

WHEREFORE,  plaintiff prays for ORDER of this Court:

1.  Accepting this Response two days delayed, for good cause, as his

    first failure to appear, with some recognition as to his age and

    infirmity in a dispute he expected to be settled or resolved 2015;

2.  Cancelling the July 23rd Hearing on the Order to Show case, and/or

    resolving same by authorizing either party thereto to:

    a.  SUMBIT this pleading(only) and not appear, submit to the Court.

    b.  Appear telephonically by Court Call or timely call to Clerk.

Date:  July 17, 2018          Respectfully submitted,

                              J. MICHAEL SCHAEFER, Plaintiff Pro Se

**CERTIFICATE OF SERVICE:**

Undersigned declares under penalty of perjury that on 7/17/18 he served copy
of this pleading by US Mail, postpaid, upon adverse party, addressed:

Stephen Hundley
3685 Stewart Mountan Rd.
Golden Valley, AZ. 86413

# element
### wellness center

Dr. Vince Bertolini, BS DC
Wellness Consultant & Chiropractor

5

Phone:   (619) 523-WELL (9355)
Fax:     (619) 523-1544
DrVince@elementwc.com
www.elementwc.com

5055 N Harbor Drive
Suite 100
San Diego, CA 92106

**(no subject)**

Trash x

**j michael schaefer**

to me

Mr Hundley:  cheek here till 230pm will ask magistrate if he could you $100 for inconvenience if we can do it. Thank you. JMS

Sent from my iPhone

(clerk, not cheek)

copy of text from
Mr. Schaefer cell phone 7-2-18
to Mr. Hundley phone 702-748-3494.
No indication text was "rejected" (landline)
and no acknowledgment from recipient.
J michael Schaefer, 7-17-18