# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| J. MICHAEL SCHAEFER,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHEN HUNDLEY,<br><br>        Defendant. | 2:15-cv-02017-RFB-VCF<br>**<u>ORDER GRANTING APPLICATION FOR TARDY FILING (ECF No. 65), DISCHARGING ORDER TO SHOW CAUSE (ECF No. 62), and</u>**<br>**<u>VACATING HEARING SET FOR JULY, 23, 2018, 11:00 AM Courtroom 3D</u>** |

Before the court are:

Plaintiff's Application for Tardy Filing (ECF No. 65) and Plaintiff's Response to ECF No 62, The Court's July 2, 2018, Order to Show Cause (ECF No. 67).

Having reviewed Plaintiff's Motion and Response, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Order to Show Cause, ECF No. 62, is EXHONORATED; the court has ruled on all motions set for the July 2, 2018, hearing and no objections have been filed;

2. The Application For Tardy Filing, ECF No. 65, is GRANTED.

3. The clerk is directed to modify the description on ECF No. 66, changing the description from "EX PARTE MOTION to Strike 35 Counter Complaint." To, "APPLICATION FOR TARDY FILING."

1     IT IS FURTHER ORDERED that the show cause hearing scheduled for 11:00 AM, July 23, 2018, is VACATED.

DATED this 19th day of July, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE