J. MICHAEL SCHAEFER
4494 Mentone St. #12
San Diego, Ca. 92107
Tel. 213 479 6006
Plaintiff Pro Se



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 28 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J. MICHAEL SCHAEFER<br>　　Plaintiff | 2:15-cv-02017-RFB-VCF |
| v. | **PLAINTIFF' MOTION FOR<br>SUMMARY JUDGMENT** |
| STEPHEN HUNDLEY<br>　　Defendant | |

COMES NOW Plantiff J. Michael Schaefer filing motion for

Summary Judgment on all issues herein.

Dated: September 24, 2018

J. MICHAEL SCHAEFER
Plaintiff Pro Se

/

J. MICHAEL SCHAEFER
4494 Mentone St. #12
San Diego, Ca. 92107
Tel. 213 479 6006
Plaintiff Pro Se



____FILED            ____RECEIVED
____ENTERED          ____SERVED ON
        COUNSEL/PARTIES OF RECORD

SEP 28 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

J. MICHAEL SCHAEFER            2:15-cv-02017-RFB-VCF
   Plaintiff

v.                             **PLAINTIFF' MOTION FOR**
                               **SUMMARY JUDGMENT**

STEPHEN HUNDLEY
   Defendant

_____

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF MOTION FOR SUMMARY JUDGDMENT

This Memorandum of Law is submitted by Plaintiff J. Michael Schaefer in support of his Motion for Summary Judgment filed pursuant to F.R.Civ. P 56.

**Undisputed Facts**

1. Corporations originally dealing with the asset known as Tonopah Apartments have been dissolved and rights and obligations involving said corporations become those of the officers thereof, Plaintiff being officer of Schaefer-Nevada, Inc. dba Tonopah Apartments, Defendant being officer of Tonopah Asset Management, Inc. Whenever "Plaintiff" appears, it refers to plaintiff's position as

2

successor in interest to Schaefer-Nevada, Inc. dissolved corporation; whenever "Defendant" appears, it refers to defendant's position as successor in interest to Tonopah Asset Management, Inc.

2. Plaintiff prior corporation was at all times relevant first mortgage lender in a previous purchase by defendant's corporation.

3. Plaintiff pursuant to prior contract of sale was entitled to $9,000 monthly mortgage payment.   Plaintiff offered, and defendant accepted, a waiver-by-plaintiff of $9,000 mortgage payment due January 1, 2015, February 1, 2015, March 1, 2015, in exchange for amicable surrender of the premises by end of the 3rd month, 4/1/15.

4. Premises were not surrendered by defendant to plaintiff until September 1, 2015,  defendant resorting to state court litigation contesting plaintiff's rights as unpaid lender and avoiding release of income-producing asset known as Tonopah Apartments, 114 one and two bedroom rental units situated on approximate 3 acres of land on Hwy 95 in town of Tonopah, Nevada.

5. During said period of time plaintiff received zero payments on its mortgage note,  prejudicing plaintiff to extent of $9,000 per month for months of January through August, 2015, 8 months, or $72,000 per contract, plus interest at contract rate.

6. Defendants as operators in exclusive possession and control were obligated to pay all operating costs and real estate taxes, , failed and

refused to do so in amounts exceeding $3,000 but plaintiff waives claim for its costs in bringing property current in September, 2015 for its operation until re-sale.

7. Defendants as operators in exclusive possession and control physically removed estimated 26 airconditioning/heating units from rental units, having used value of estimated $200 each, per reports from observer/former employee of defendant, but plaintiff waives claim for its damages arising therefrom.

8. Plaintiff incurred attorney fees in excess of $10,000 in protecting its rights in state court to recover its property upon default of defendant on defendant first mortgage obligation, until surrender of premises by defendant to plaintiff by stipulation..but these costs are not irrelevant to the issues in this proceeding. Plaintiff waives claim for such lender-recovereable costs for purposes of this motion seeking closure of case. And limiting claim to inherent contractional obligations.

9. Estimated net revenues, after expenses, from operation of the business, is estimated at not less $27,000 monthly, based on at least 60% occupancy of 114 rentals at average rates not less than $400 mo. plus late fees and forfeited deposits; plaintiff makes no claim for such as it is compensated by judgment on its NOTE SECURED BY DEED OF TRUST providing for $9,000 monthly payments for the months

4

from default and non-payment: agreed 1/1/15(for 4/1/15 surrender) and actual surrender date of 9/1/15.

10. Defendant Stephen Hundley's acts and omissions as sole decider and manager of premises involved fraud and misrepresentatio including allegations that Plaintiff J. Michael Schaefer was seeking to destroy his employment, and dispose him of his lawful housing, removal of numerous air condition/hearing units from rental apartments to premises not related to the Tonopah Apartments(in violation of lien rights held by plaintiff as secured lender), all being torts based on fraud and misrepresentation as provided for in sections 523, et al. of the Bankruptcy Code.

**Disputed Facts as as to contractual obligations herein**: None.


**Argument**

Summary judgment shall be rendered when the papers offered in support of and in opposition to the motion "show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law. FRCP 56.

Plaintiff affidavit establishing that as a matter of contract law the obligations and rights of the parties clearly establish $9,000 montly obligation on the secured financing and

5

an 8 month delay in plaintiff recovery.   It is irrelevant what deeds or misdeeds occurred with reference to the business while in the exclusive control of defendant, or if additional civil or criminal acts or missions gave rise to enhaced liability as plaintiff waives all claims other than contract right to $72,000.

Plaintiff establishing of his rights to contract recovery herein nullify any and all claims, if any, of defendant. WHEREFORE,  plaintiff prays judgment in sum of $72,000 plus costs and such additional and further relief as the Court deems just in the premises, closing this proceeding and leaving defendant to his post-judgment remedies, if any.

Dated: September 24, 2018          Respectfully submitted,

_____
J. MICHAEL SCHAEFER

CERTIFICATE OF SERVICE:

J. Michael Schaefer certifies that on 9/24/18 a true copy of this pleading was served by first class US Mail, postpaid, accressed:

Stephsen Hundley
3685 Stewart Mountain Rd.
Golden Valley, Ca. 86413

Executed 9/24/18 at San Diego, Cal.

_____

6

# AFFIDAVIT  OF  J. MICHAEL SCHAEFER

J. Michael Schaefer declares under penalty of perjury the following to be true of his personal knowledge, he being competent to so testify if called upon as a witness:

1. That he is lawful successor  to Schaefer-Nevada, Inc. a former Nevada corporation dissolved more than two years ago.

2.  That Stephen Hundley is lawful successor to Tonopah Asset Management, Inc. a former Nevada corporation dissolved more than two years ago.

3. Both plaintiff and defendant were officers and directors of their respective corporations and lawful sucessors in interest.   Neither party has objected in these proceedings to their status as a party,

4. That J Michael Schaefer has read alleged Undisputed Facts present herein and knows same to be true.

7

J. MICHAEL SCHAEFER
4494 Mentone St. #12
San Diego, Ca. 92107
Tel. 213 479 6006
Plaintiff Pro Se



_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
        COUNSEL/PARTIES OF RECORD

SEP 2 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| J. MICHAEL SCHAEFER<br>　Plaintiff | 2:15-cv-02017-RFB-VCF |
| v. | **JUDGMENT**　(proposed) |
| STEPHEN HUNDLEY<br>　Defendant | |

The above matter came on for consideration, without hearing, this date. The Court having considered the files in the case, plaintiff's timely motion for summary judgment, including affidavit and memorandum of law and opposition pleadings, if any timely filed and served, and ORDERS, ADJUDGES AND DECREES as follows:

　　1. The Court has jurisdiction over the parties and the issues.

　　2. There is no genuine issue as to any material fact.

　　3. Defendant's acts and omissions disclosed in these proceedings

indicate fraud and misrepresentation.

4. Plaintiff J. Michael Schaefer is entitled to summary judgment against defendant Stephen Hundley in the amount of $72,000 plus costs, and this judgment is subject to nondischargability in the event of defendant's bankruptcy proceedings.

IT IS SO ORDERED.

Date:_____2018

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

4494 Mentone St, 12
SD, CA. 92107

SAN DIEGO

89101-70688

Clerk
US District Court
333 LV. Blvd. So.
Las Vegas NV. 89101

FOREVER
USA
Barn Swallow

SAN DIEGO CA 921
SEP